IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

D7 ROOFING, LLC,
Plaintiff,

v.

Case No. 20–CV–00033–JPG–RJD

U.S. ROOFING, LLC,
Defendant.

## **MEMORANDUM AND ORDER**

The Court undertook a rigorous initial review of pleadings to ensure that jurisdiction was properly pled. *See Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010) (noting district courts' "independent obligation to determine whether subject-matter jurisdiction exists, even when no party challenges it"); *Foster v. Hill*, 497 F.3d 695, 696–97 (7th Cir. 2007). The Court notes that Defendant U.S. Roofing, LLC's Notice of Removal, (Doc. 1), failed to allege the citizenship of each member of the limited liability companies (LLCs).

To determine if complete diversity exists, the Court must examine the citizenship of each member of an LLC. *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96 (1990); *Belleville Catering Co. v. Champaign Market Place, LLC*, 350 F.3d 691, 692 (7th Cir. 2003) (noting that partnerships and LLCs are citizens of every state of which any member is a citizen). The relevant pleading must affirmatively allege the specific states of citizenship of each member of the LLC.

Defendant states in the Notice of Removal that it is a Missouri corporation with its principal place of business in St. Louis, Missouri. In its Corporate Disclosure Statement, (Doc. 5), however, it states that it is an LLC. If Defendant is an LLC, it must affirmatively allege each of its members and their citizenship. Further, Defendant states that Plaintiff D7 Roofing, LLC is a Michigan LLC with a principal office at 7100 Albers Rd., Albers, IL

62215. This too is insufficient: Defendant must affirmatively allege the members of the LLC and their citizenship.

Accordingly, the Court **GRANTS** Defendant **LEAVE TO AMEND** the faulty pleading to correct the jurisdictional defects. The amended pleading must be filed by January 28, 2020. *See* 28 U.S.C. § 1653. Failure to cure the defects will result in remand of this case for lack of subject-matter jurisdiction. Amendment of the pleading to reflect an adequate basis for subject-matter jurisdiction will satisfy this Order. Defendant is directed to consult Southern District of Illinois Local Rule 15.1 regarding amended pleadings, and it need not seek leave of Court to file such amended pleading.

**IT IS SO ORDERED.**

**Dated: Tuesday, January 14, 2020**

**S/J. Phil Gilbert**
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**
